```
                      United States Bankruptcy Court
                      Middle District of Pennsylvania
```

In re:                                                        Case No. 17-04443-JJT
Henry Rivera Murillo                                          Chapter 13
        Debtor                      **CERTIFICATE OF NOTICE**

District/off: 0314-5         User: TWilson          Page 1 of 1          Date Rcvd: Dec 01, 2017
                            Form ID: ntnew341       Total Noticed: 11


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 03, 2017.
```
db              +Henry Rivera Murillo,    2690 Long Pond Road,    Long Pond, PA 18334-7805
4984739         ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:  Bk of Amer,    PO Box 982238,    El Paso, TX  79998-2238)
4984738         #Bank of America,    NC4-105-03-14,    PO Box 26012,    Greensboro, NC  27420-6012
4984742          Emerald Lakes Association,    1112 Glade Dr,    Long Pond, PA  18334-7904
4984737          Murillo Henry Rivera,    2690 Long Pond Rd,    Long Pond, PA  18334-7805
4984744          Public Savings Bank,    1 Church St,    Rockville, MD  20850-4158
4984746         ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court:  Toyota Motor Credit Corp,    PO Box 8026,
                  Cedar Rapids, IA  52408-8026)
4984745         +Toyota Motor Credit Co,    240 Gibraltar Rd Ste 260,    Horsham, PA 19044-2387
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4984740          E-mail/Text: kzoepfel@credit-control.com Dec 01 2017 18:59:48      Central Loan Admin & R,
                 425 Phillips Blvd,    Ewing, NJ  08618-1430
4984741         +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 01 2017 18:59:45      Commonwealth Of Pennsylvania,
                 P.O. Box 280946,    Department Of Revenue - Bankruptcy Dept.,    Harrisburg, PA 17128-0946
4984743          E-mail/Text: cio.bncmail@irs.gov Dec 01 2017 18:59:39      Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA  19101-7346
```
                                                                              TOTAL: 3


             ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 1, 2017 at the address(es) listed below:
```
        Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
        James  Warmbrodt   on behalf of Creditor   HomeBridge Financial Services, Inc.
         bkgroup@kmllawgroup.com
        Patrick James Best   on behalf of Debtor 1 Henry Rivera Murillo patrick@armlawyers.com,
         kevin@armlawyers.com;G29239@notify.cincompass.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov
```
                                                                              TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Henry Rivera Murillo
Debtor(s)

| | |
|---|---|
| Chapter | 13 |
| Case No. | 5:17−bk−04443−JJT |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors in the above−referenced case has been rescheduled to:

| | |
|---|---|
| Genetti Hotel, 77 East Market Street, Wilkes−Barre, PA 18701 | Date: January 22, 2018 |
| | Time: 12:00 PM |

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
274 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes−Barre, PA 18701
(570) 831−2500

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: TWilson, Deputy Clerk

Hours Open: Monday – Friday 9:00 AM – 4:00 PM

Date: December 1, 2017