```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                        Case No. 17-04443-JJT
Henry Rivera Murillo                                          Chapter 13
        Debtor
                          **CERTIFICATE OF NOTICE**

District/off: 0314-5        User: TWilson           Page 1 of 1            Date Rcvd: Dec 06, 2017
                            Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2017.
db             +Henry Rivera Murillo,   2690 Long Pond Road,   Long Pond, PA 18334-7805

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James    Warmbrodt    on behalf of Creditor   HomeBridge Financial Services, Inc.
               bkgroup@kmllawgroup.com
              Patrick James Best    on behalf of Debtor 1 Henry Rivera Murillo patrick@armlawyers.com,
               kevin@armlawyers.com;G29239@notify.cincompass.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: HENRY RIVERA MURILLO, : CHAPTER 13
:
Debtor. : CASE No. 5:17-bk-04443-JJT

## ORDER

AND NOW, upon consideration of the Debtor's Second Motion for Extension of Time to File missing Schedules, Statements, Chapter 13 Plan, and Employment Records, IT IS hereby ORDERED that the missing Schedules, Summary of Schedules, Statements, employment records, and Chapter 13 Plan, be filed on or before <u>December 12, 2017</u>.

FURTHER, no additional extensions will be granted.

Dated: December 06, 2017

By the Court,

John J. Thomas, Bankruptcy Judge   (RPR)