## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: HENRY RIVERA MURILLO,       :      CASE NO.: 5:17-bk-04443-JJT

                                :

       Debtor.                 :      CHAPTER 13

### CERTIFICATION OF NO PAYMENT ADVICES

Debtor states as follows:

Debtor, Henry Murillo is receiving Workers' Compensation and therefore the Debtor does not receive traditional employment payment advices.

Date: <u>December 11, 2017</u>                 /s/ Patrick J. Best
                                             Patrick J. Best, Esq.
                                             PA ID: 309732
                                             ARM Lawyers
                                             202 Delaware Avenue
                                             Palmerton, PA 18071
                                             Phone: 484.765.8140
                                             Facsimile: 484.544.8625
                                             patrick@armlaywers.com