# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Murillo, Henry Rivera      :      CASE NO.:  5:17-bk-04443-JJT
                                  :
         Debtor.                  :      CHAPTER 13

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

Debtor, Henry Murillo, by and through their attorney, Patrick J. Best, Esquire, of ARM Lawyers, has filed a First Amended Chapter 13 Plan with the court.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have on in this Bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1. On or before **May 1, 2018**, you or your attorney must do the following:

    a. File a response or objection explaining your position at

        Office of the Bankruptcy Clerk
        274 Max Rosenn U.S. Courthouse
        197 South Main Street
        Wilkes-Barre, PA 18701

    If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    b. Mail a copy of the Movant's attorney

        Patrick J. Best, Esquire
        ARM Lawyers
        18 N. 8th St.
        Stroudsburg PA 18360

2. If you or your attorney does not take the steps described I paragraphs 1(a) and 1(b) above, the court may confirm the Amended Chapter 13 Plan.

3. A Confirmation Hearing is scheduled to be held before the Honorable John J. Thomas on **May 8, 2018 at 9:30am** in <u>Courtroom Number 2, United States Bankruptcy Court, Max Rosenn U.S. Courthouse</u>, 197 South Main Street, Wilkes-Barre, PA 18701.

4. Any objections to the confirmation of the plan will be heard at the above-scheduled Confirmation Hearing. Counsel should be prepared to proceed on any unresolved objections to the Plan at this time.

Date: <u>March 19, 2018</u>

/s/ Patrick J. Best
Patrick J. Best, Esquire
Attorney for Debtor
ARM Lawyers
18 N. 8th St.
Stroudsburg PA 18360
570-424-6899