```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 17-04443-JJT
Henry Rivera Murillo                                            Chapter 13
         Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-5           User: TWilson           Page 1 of 1           Date Rcvd: Mar 30, 2018
                               Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 01, 2018.
db             +Henry Rivera Murillo,    2690 Long Pond Road,    Long Pond, PA 18334-7805

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2018                              Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 30, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    HomeBridge Financial Services, Inc.
               bkgroup@kmllawgroup.com
              Patrick James Best    on behalf of Debtor 1 Henry Rivera Murillo patrick@armlawyers.com,
               kate@armlawyers.com;G29239@notify.cincompass.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

**HENRY RIVERA MURILLO**

* Debtor

Chapter: 13

Case Number: 5-17-bk-04443-JJT

Document No.: 27

Nature of Proceeding: **Motion to Participate in Mortgage Modification Mediation Program**

## ORDER GRANTING MOTION TO PARTICIPATE IN MORTGAGE MODIFICATION MEDIATION PROGRAM

Upon consideration of Debtor's Motion to Participate in Mortgage Modification Mediation Program, and inasmuch as the mortgage creditor neither filed a Creditor Consent Form or an objection to participation under Local Bankruptcy Rule 9019-3(b)(2)(C), the mortgage creditor is deemed to have waived any objection to the Motion, **IT IS HEREBY**

**ORDERED** that Debtor's Motion is granted, and the Debtor and HomeBridge Financial Services, Inc. c/o Cenlar FSB, are authorized to enter into the Mortgage Modification Mediation Program.

By the Court,

John J. Thomas, Bankruptcy Judge (CMP)

Date: March 29, 2018

MDPA-Order - Blank wihtout Parties.wpt - REV 01/14

Case 5:17-bk-04443-JJT    Doc 35    Filed 04/01/18    Entered 04/02/18 00:38:03    Desc
Imaged Certificate of Notice    Page 2 of 2