```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 17-04443-JJT
Henry Rivera Murillo                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: DGeorge           Page 1 of 1          Date Rcvd: Jun 07, 2018
                              Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2018.
      +Jane Irene Rivera,   2690 Long Pond Road,   Long Pond, PA 18334-7805

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2018 at the address(es) listed below:
      Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
      James  Warmbrodt   on behalf of Creditor  Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
      James  Warmbrodt   on behalf of Creditor  HomeBridge Financial Services, Inc. bkgroup@kmllawgroup.com
      Patrick James Best   on behalf of Debtor 1 Henry Rivera Murillo patrick@armlawyers.com, kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com
      United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                      TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Henry Rivera Murillo<br>    Debtor<br><br>Toyota Motor Credit Corporation<br>    Movant<br>    vs.<br><br>Henry Rivera Murillo<br>    Debtor<br>Jane Irene Rivera<br>    Additional Respondent<br><br>Charles J. DeHart, III Esq.<br>    Trustee | CHAPTER 13<br><br><br><br>NO. 17-04443 JJT<br><br><br><br>11 U.S.C. Sections 362 and 1301 |

## ORDER TERMINATING AUTOMATIC STAY

Upon consideration of the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, the court reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay under 11 U.S.C. Section 362(d) and 11 U.S.C. Section 1301(a) is hereby terminated as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2016 TOYOTA RAV4, VIN: 2T3RFREV1GW435470 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Dated: June 7, 2018

By the Court,

John J. Thomas, Bankruptcy Judge (RPR)