```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                                          Case No. 17-04443-JJT
Henry Rivera Murillo                                                            Chapter 13
         Debtor                       **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: DGeorge              Page 1 of 1              Date Rcvd: Jul 02, 2018
                              Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 04, 2018.
          +Jeanette Alvarez Murillo,   aka Jeanette Rivera,   2690 Long Pond Road,
            Long Pond, PA 18334-7805

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 2, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor   HomeBridge Financial Services, Inc.
               bkgroup@kmllawgroup.com
              Patrick James Best    on behalf of Debtor 1 Henry Rivera Murillo patrick@armlawyers.com,
               kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Henry Rivera Murillo<br>    Debtor | CHAPTER 13 |
| HomeBridge Financial Services, Inc.<br>    Movant<br>v.<br>Henry Rivera Murillo<br>    Respondent<br>and<br>Jeanette Alvarez Murillo aka Jeanette Rivera | NO. 17-04443 JJT |
| Charles J. DeHart, III Esq., Trustee<br>    Additional Respondents | 11 U.S.C. Section 362 and 1301 |

## ORDER

Upon consideration of Movant's Motion for Relief from the Automatic Stay, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceedings, as provided under Sections 362 and 1301 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362 and 1301, is modified with respect to the subject premises located at 2690 Long Pond Road f/k/a 5103 Long Pond Road, Tobyhanna Township, PA 18334 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

Dated: July 2, 2018

By the Court,

_____
John J. Thomas, Bankruptcy Judge (PR)