```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                                  Case No. 17-04443-JJT
Henry Rivera Murillo                                                    Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5          User: TWilson           Page 1 of 1           Date Rcvd: Dec 21, 2018
                              Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2018.
5030778        +HomeBridge Financial Services, Inc.,   c/o Cenlar FSB,   425 Phillips Blvd,
                 Ewing, NJ 08618-1430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor   Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor   HomeBridge Financial Services, Inc.
               bkgroup@kmllawgroup.com
              Patrick James Best    on behalf of Debtor 1 Henry Rivera Murillo patrick@armlawyers.com,
               kate@armlawyers.com;G29239@notify.cincompass.com;notices@nextchapterbk.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:17-bk-04443-JJT
Chapter 13

In re: Debtor(s) (including Name and Address)

Henry Rivera Murillo
2690 Long Pond Road
Long Pond PA 18334

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/21/2018.

Name and Address of Alleged Transferor(s):

Claim No. 7: HomeBridge Financial Services, Inc., c/o Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618

Name and Address of Transferee:

New Penn Financial, LLC d/b/a Shellpoint Mortgage
P.O. Box 10826
Greenville, SC 29603-0675
New Penn Financial, LLC d/b/a Shellpoint
P.O. Box 10826
Greenville, SC 29603-0675

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 12/23/18

Terrence S. Miller
**CLERK OF THE COURT**